UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Mohammed Eisa,

                                    08 Civ. 6204 (CM) (FM)

                 Plaintiff(s),

                                  ORDER OF REFERENCE
      -against-                         TO A MAGISTRATE JUDGE

Immigration and Customs Enforcement, et al,

                 Defendant(s).
_____X

The above entitled action is referred to the Honorable Frank Maas, United States Magistrate Judge for the following purpose(s):

_____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Specific Non-Dispositive Motion/Dispute:*

_____

_____

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Habeas Corpus

_____ Social Security

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: July 25, 2008
       New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

SO ORDERED:

Hon. Colleen McMahon
United States District Judge

Copies mailed/faxed/handed to counsel on 7/25/08