UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MOHAMMED EISA, A# 76-156-118,               :

                  Petitioner,               :        **ORDER**

      -against-                                  :        08 Civ. 6204 (CM)(FM)

IMMIGRATION AND CUSTOMS                     :
ENFORCEMENT, et al.,
                            :

                Respondents.                :

------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

       The petitioner having filed a petition seeking a writ of habeas corpus or <u>audita</u>

<u>querela</u> vacating his April 11, 1996, judgment of conviction as well as a stay of his removal

pending resolution of the petition, it is hereby ORDERED that:

1.     The United States Attorney for the Southern District of New York shall
serve and file an answer or other pleading, along with any relevant trial
post-conviction records and transcripts, by no later than August 15, 2008.

2.     A conference in this matter shall be held on August 15, 2008, at 2:00 p.m.
in Courtroom 20A, 500 Pearl Street, New York, New York 10007. The
United States Attorney shall arrange for the production of the petitioner at
the conference.

3.     The petitioner's application for a temporary stay of his removal is granted
to the extent that the respondents are directed not to remove or deport the
petitioner before the conference.

       SO ORDERED.

Dated:     New York, New York
            August 8, 2008

                                  FRANK MAAS
                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

Copies to:

Honorable Colleen McMahon
United States District Judge

Patricia L. Buchanan, Esq.
Chief of Immigration Unit, Civil Division
           and
Shane Cargo, Esq.
Assistant United States Attorney
United States Attorney's Office, S.D.N.Y.
86 Chambers Street
New York, New York 10007
Fax: (212) 637-2786

Mohammed Eisa
A# 76-156-118
Immigration and Customs Enforcement
           Detention Center
201 Varick Street
New York, New York 10014

Mohammed Eisa
c/o Morano International, P.A.
70-17 45th Avenue
Woodside, New York 11377