UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MOHAMMED EISA, A# 76-156-118,                :

                Petitioner,          :     **ORDER**

     -against-                                :     08 Civ. 6204 (CM)(FM)

IMMIGRATION AND CUSTOMS              :
ENFORCEMENT, et al.,
                                      :
                Respondents.
-----------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

        Pursuant to a conference held earlier today, it is hereby ORDERED that on or before August 26, 2008, the Respondents shall serve and file their opposition papers and the Petitioner's counsel may file any supplemental papers he deems necessary.

        SO ORDERED.

Dated:      New York, New York
              August 15, 2008

                                                            _____
                                                            FRANK MAAS
                                               United States Magistrate Judge

Copies to:

Honorable Colleen McMahon
United States District Judge

Jennifer E. Burns, Esq. / David Bober, Esq.
Assistant United States Attorney
Fax: (212) 637-2786

Richard Morel, Esq.
Fax: (718) 651-4902

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08