UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X

Mohammed Eisa

                Plaintiff(s),

    - against -

ICE, et al.,

                Defendant(s).
----------------------------------- X

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

08 Civ. 6204 (CM)(FM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/8

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s) Mohammed Eisa
Address
Telephone

_Ricardo Morel_
Attorney(s) for Mohammed Eisa
Address
Telephone

_Jennifer E Burns_ — USAO, SDNY
Attorney(s) for Defendant(s) ICE, et al
Address One St. Andrew's Plaza
Telephone NY NY 10007
212-637-2315

_____
Attorney(s) for
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____
                U.S.D.J.

Magistrate Judge _____ was assigned this case on _____

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99

TOTAL P.03